# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 13, 2026

Lyle W. Cayce
Clerk

No. 25-40588
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JAHTAYA O'DAYJAH KIARA HAMILTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:24-CR-17-1

Before JONES, HO, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Jahtaya O'Dayjah Kiara Hamilton pled guilty to one count of receipt or possession of an unregistered firearm and was sentenced to 63 months of imprisonment and two years of supervised release. On appeal, Hamilton challenges the imposition of a five-level enhancement under U.S.S.G. § 2K2.1(b)(5)(C) (2024), based on the district court's finding that she knew or had reason to believe that her conduct would result in receipt of the

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40588

firearms by an individual who intended to use or dispose of the firearm unlawfully.

The district court drew a reasonable inference that Hamilton had reason to believe that the firearms were being purchased for an unlawful purpose because she, among other reasons, was paid to transfer 22 firearms clandestinely and leave them in a hotel room. *See United States v. Juarez*, 626 F.3d 246, 252 (5th Cir. 2010); *United States v. Caldwell*, 448 F.3d 287, 290 (5th Cir. 2006). Accordingly, the district court did not clearly err in applying the five-level enhancement pursuant to § 2K2.1(b)(5)(C). *See Caldwell*, 448 F.3d at 290.

AFFIRMED.